UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERSTATE PLUMBING & AIR CONDITIONING, LLC, | Case No. 2:13-cv-00349-MMD-GWF |
| Debtor, | ORDER |
| EVE BORTON, et al., | (Plaintiff's Unopposed Motion to Withdraw Reference – dkt. no. 1) |
| Plaintiffs, | |
| v. | |
| INTERSTATE PLUMBING & AIR CONDITIONING, LLC, | |
| Defendant. | |

Before the Court is Plaintiff Eve Borton's Unopposed Motion to Withdraw the Reference of Plaintiff's Adversary Proceeding number 12-01017 and the Trustee's Motion for Approval of the Settlement under Bankruptcy Rule 9019 as it relates to the Adversary Action ("Unopposed Motion to Withdraw Reference").

The Court has reviewed the Motion, and determines that judicial economy favors granting the Motion. GOOD CAUSE APPEARING, the Unopposed Motion to Withdraw Reference (dkt. no. 1) is GRANTED.

ENTERED THIS 10th day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE